In the Matter of Proving the Will of LOVE F. SEYMOUR, Deceased.

LIZZIE DALE, Appellant; ERWIN S. PLUMB, as Executor, Respondent.

*Appeal — motion to dismiss appeal granted.*

*Matter of Seymour (Will),* 212 App. Div. 854, appeal dismissed.
(Submitted May 4, 1925; decided May 12, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 14, 1925, which dismissed an appeal from a decree of the Monroe County Surrogate's Court admitting to probate the will of Love F. Seymour, deceased.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal and that appellant had failed to file the required undertaking.

*William T. Plumb* for motion.

*William L. Clay* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.